

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 2:22cr83** |
| ) | |
| **BRANDON D'ANGELO CHAVIS** ) | |

<u>**JURY VERDICT FORM**</u>

WE, THE JURY, FIND THE DEFENDANT, BRANDON D'ANGELO CHAVIS:

<u>COUNT ONE</u>:  With respect to Count One, Conspiracy to Interfere with Commerce by Means of

Robbery, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty _____✓_____   Not Guilty _____

<u>COUNT TWO</u>:  With respect to Count Two, Interference with Commerce by Means of Robbery,

we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty _____✓_____   Not Guilty _____

<u>COUNT THREE</u>:  With respect to Count Three, Use or Carry a Firearm During and in Relation to

the Crime of Violence Alleged in Count Two, we find the defendant, BRANDON D'ANGELO

CHAVIS:

Guilty _____✓_____   Not Guilty _____

NOTE: If your answer to Count Three is "Not Guilty," do not answer any other questions for

Count Three.  If your answer for Count Three is "Guilty," please answer the following question

for Count Three.

With respect to Count Three, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Two, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to the Crime of Violence Alleged in Count Two.

Guilty _____✓_____   Not Guilty _____

COUNT FOUR:  With respect to Count Four, Interference with Commerce by Means of Robbery, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty _____✓_____   Not Guilty _____

COUNT FIVE:  With respect to Count Five, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Four, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty _____✓_____   Not Guilty _____

NOTE: If your answer to Count Five is "Not Guilty," do not answer any other questions for Count Five.  If your answer for Count Five is "Guilty," please answer the following question for Count Five.

With respect to Count Five, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Four, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to the Crime of Violence Alleged in Count Four.

Guilty _____✓_____   Not Guilty _____

COUNT SIX:  With respect to Count Six, Interference with Commerce by Means of Robbery, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty _____✓_____   Not Guilty _____

COUNT SEVEN:  With respect to Count Seven, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Six, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty ___✓___   Not Guilty _____

NOTE: If your answer to Count Seven is "Not Guilty," do not answer any other questions for Count Seven.  If your answer for Count Seven is "Guilty," please answer the following questions for Count Seven.

With respect to Count Seven, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Six, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to the Crime of Violence Alleged in Count Six.

Guilty ___✓___   Not Guilty _____

COUNT EIGHT:   With respect to Count Eight, Interference with Commerce by Means of Robbery, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty ___✓___   Not Guilty _____

COUNT NINE:  With respect to Count Nine, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Eight, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty ___✓___   Not Guilty _____

NOTE: If your answer to Count Nine is "Not Guilty," do not answer any other questions for Count Nine.  If your answer for Count Nine is "Guilty," please answer the following question for Count Nine.

With respect to Count Nine, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Eight, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to the Crime of Violence Alleged in Count Eight.

Guilty ___✓___   Not Guilty _____

COUNT TEN:  With respect to Count Ten, Interference with Commerce by Means of Robbery, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty ___✓___   Not Guilty _____

COUNT ELEVEN:  With respect to Count Eleven, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Ten, we find the defendant, BRANDON D'ANGELO CHAVIS:

Guilty ___✓___   Not Guilty _____

NOTE: If your answer to Count Eleven is "Not Guilty," do not answer any other questions for Count Eleven.  If your answer for Count Eleven is "Guilty," please answer the following question for Count Eleven.

With respect to Count Eleven, Use or Carry a Firearm During and in Relation to the Crime of Violence Alleged in Count Ten, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to the Crime of Violence Alleged in Count Ten.

Guilty ___✓___   Not Guilty _____

UNITED STATES v. BRANDON D'ANGELO CHAVIS
Criminal No. 2:22cr83

5/19/2023
_____
Date

_____
Foreperson's Signature